Richard S. Busch (TN Bar 14594)
KING & BALLOW
315 Union Street, Suite 1100
Nashville, Tennessee 37201
Telephone: (615) 726-5422
Facsimile: (888) 688-0482

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SONGS MUSIC PUBLISHING, LLC, | ) Case No. 3:16-cv-03032 |
| | ) |
| Plaintiff, | ) PLAINTIFF'S NOTICE OF |
| v. | ) VOLUNTARY DISMISSAL WITHOUT |
| | ) PREJUDICE PURSUANT TO |
| Dr. ING. H.C. F. PORSCHE AG, PORSCHE | ) FEDERAL RULE OF CIVIL |
| CARS NORTH AMERICA, Inc., and THE | ) PROCEDURE 41(a)(1)(A)(i) |
| CRAMER-KRASSELT COMPANY | ) |
| | ) Honorable Jeffrey S. Frensley |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Songs Music Publishing, LLC, by and through its counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), gives notice that it voluntarily dismisses this action against defendants Dr. Ing. h.c. F. Porsche AG, Porsche Cars North America, Inc., and The Cramer-Krasselt Company. This dismissal is *without prejudice*.

Defendants have neither answered Plaintiffs' Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated: February 17, 2017

Respectfully submitted,

By: /s/ Richard S. Busch
Richard S. Busch (TN Bar 14594)
KING & BALLOW
*Attorneys for Plaintiff*
Songs Music Publishing, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was served via ECF, and sent via E-Mail or U.S. mail, postage prepaid, to:

Dr. Ing. h.c. F. Porsche AG
Porscheplatz 1
D – 70435 Stuttgart, Germany
*Registered Agent of Defendant Dr. Ing. h.c. F. Porsche AG*

Porsche Cars North America, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, Delaware 19801
*Registered Agent of Defendant Porsche Cars North America, Inc.*

Michael Lasky
Davis & Gilbert LLP
mlasky@dglaw.com
*Attorney for Defendant Cramer-Krasselt Company*

Dated: February 17, 2017        /s/ Richard S. Busch
                                Richard S. Busch (TN Bar 14594)
                                KING & BALLOW
                                *Attorneys for Plaintiff*
                                Songs Music Publishing, LLC