UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SONGS MUSIC PUBLISHING, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:16-cv-03032 |
| ) | JUDGE CRENSHAW |
| DR. ING. H.C.F. PORSCHE AG, ) | |
| PORSCHE CARS NORTH AMERICA, ) | |
| INC., and THE CRAMER-KRASSELT ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Plaintiff has filed a Notice of Voluntary Dismissal. (Doc. No.10.) Accordingly, this action is **DISMISSED**, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE